429 A.2d 78

Commonwealth, Appellant v. Jones.

Submitted November 16, 1979. Francis C. Sichko, Assistant District Attorney, for Commonwealth, appellant; M. Scot Curran, for appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

The order of the lower court is affirmed.

HOFFMAN, J., concurred in the result.